**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CHARLES MARTIN, | ) | CASE NO.: _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIVE NATION WORLDWIDE, INC. d/b/a | ) | |
| RUOFF MUSIC CENTER, HAMILTON | ) | |
| COUNTY SHERIFF'S OFFICE, and | ) | |
| MATTHEW HYDE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendant Live Nation Worldwide, Inc. d/b/a Ruoff Music Center ("Defendant"), by counsel and pursuant to 28 U.S.C. §§1331, 1441 and 1446, removes this matter to this Court and in support states as follows:

1.     On October 1, 2025, Plaintiff filed the following lawsuit in the Hamilton County Superior Court: *Charles Martin v. Live Nation Worldwide, Inc. d/b/a Ruoff Music Center, Hamilton County Sheriff's Office, and Matthew Hyde*, Cause No. 29D02-2510-CT-010951 ("State Court Action").

2.     Defendant was served with a Summons and the Complaint in the State Court Action on October 3, 2025. Defendant appeared by the undersigned but has not served an answer in the State Court Action.

3.     This Notice of Removal is filed within 30 days of receipt of the initial pleading by Defendant, as mandated by 28 U.S.C. § 1446(b). *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999). Accordingly, removal of this action is timely.

4.      Pursuant to 28 U.S.C. § 1446(a), a copy of the State Court Record, including the state court docket sheet, all pleadings, motions, orders, and other filings is attached as **Exhibit A**.

5.      This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims, as set forth in the Complaint, arise under the Constitution and laws of the United States, specifically the 42 U.S.C. § 1983.

6.      "The presence or absence of federal-question jurisdiction is governed by the "well-pleaded complaint rule," which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392, 107 S. Ct. 2425, 2429, 96 L. Ed. 2d 318 (1987).

7.      All Defendants properly joined and served consent to removal.

8.      This case is not among the actions made non-removable by 28 U.S.C. § 1445.

9.      This lawsuit is, therefore, a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.  Further, removal to this judicial district and division is proper under 28 U.S.C. § 1441(a), as this district and division embrace Hamilton County, Indiana where the State Court Action was filed and is currently pending.

10.     The Court will have supplemental jurisdiction over any non-federal claims because they arise out of the same transaction or occurrence giving rise to the federal claims, and are so related to the federal claims that they form part of the same case or controversy.  See 28 U.S.C. § 1367.

11.     Promptly after it is filed with this Court, Defendant will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of the Hamilton County Superior Court.

WHEREFORE, this action is properly removed from the Hamilton County Superior Court, Indiana, to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLP


By:  _/ s / Adam S. Ira_
      Adam S. Ira, #32017-49
      Noah M. Tallman, #39035-49

      *Attorneys for Defendant Live Nation*
      *Worldwide, Inc. d/b/a Ruoff Music Center*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of October, 2025, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system and/or via email. Parties may access this filing through the Court's system.

Brandon E. Tate
Katherine A. Piscione
F. Holton Hovde
WALDRON TATE LAND LLC
156 East Market Street, 5th Floor
Indianapolis, IN  46204
brandon@indytriallawyers.com
katie@indytriallawyers.com
holt@indytriallawyers.com
*Attorneys for Plaintiff*

Adam S. Willfond
HAMILTON COUNTY LEGAL DEPARTMENT
One Hamilton County Square, Suite 306
Noblesville, IN  46060
adam.willfond@hamiltoncounty.in.gov
*Attorney for Hamilton County Sheriff's Office and
Matthew Hyde*

Sam D. Krahulik
KRAHULIK INJURY COUNSEL LLC
320 North Meridian Street, Suite 428
Indianapolis, IN  46204
sam@krahulikinjury.com
*Attorney for Plaintiff*

*/ s / Adam S. Ira*
_____

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
aira@fbtlaw.com
ntallman@fbtlaw.com

0121674.0812900  4915-5130-4563v1